# UNITED STATES DISTRICT COURT
## District of Maine

| | |
|---|---|
| HAROLD A. TRACY,              )<br>       Plaintiff                          )<br>                                            )<br>v.                                        )<br>                                            )   Civil No. 06-79-B-S<br>ANDREW HAYWARD, et al.,  )<br>                                            )<br>       Defendants                     )<br>                                            )<br>                                            ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on July 7, 2006, her Recommended Decision (Docket No. 6).  On July 12, 2006, the Plaintiff filed his Objection (Docket No. 7).

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1.      It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2.      Plaintiff's commencement of this action in this court is an abuse of process.  This case is summarily DISMISSED.

                                                                  /s/ George Z. Singal
                                                                  Chief U.S. District Judge

Dated: July 14, 2006.